JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRIT CLOTHING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BOXERCRAFT INCORPORATED,<br><br>Defendant. | Case No. 2:17-CV-03254-CAS(RAOx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action, including all claims is hereby dismissed with prejudice and that each side shall bear their own cost and attorneys fees.

Dated this 24th day of January, 2018.

*Christina A. Snyder*

Christina A. Snyder, U.S. District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**ORDER OF DISMISSAL**
BN 31739167v1